UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| IVAN CHARLES GRAVES, | ) | |
|---|---|---|
| Petitioner, | ) | |
| | ) | No.: 3:15-cv-378-PLR-CCS |
| v. | ) | |
| DOUG COOK, Warden, | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This is a fee-paid petition for a writ of habeas corpus, 28 U.S.C. § 2254, filed by a pro se state inmate, who is currently serving a life term of imprisonment for a 2008 Knox County, Tennessee first-degree murder conviction [Doc. 1]. The Clerk is **DIRECTED** to serve copies of the petition and this Memorandum and Order upon Respondent and the Attorney General for The State of Tennessee.

Since it does not plainly appear from the face of the petition that it should be summarily dismissed, Respondent is hereby **ORDERED** to answer or otherwise respond to the petition within thirty (30) days from the date of this Order. Rule 4 of the Rules Governing Section 2254 Cases In The United States District Courts. Respondent should specifically address whether the petition was timely filed and whether Petitioner has exhausted his available state court remedies. 28 U.S.C. §§ 2244(d), 2254(b).

**ENTER:**

/s/ Pamela L. Reeves
**UNITED STATES DISTRICT JUDGE**